United States Bankruptcy Court

District of Maine

In re: Maine Dentistry Portland LLC

Case No. 25-20299

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/17/2025

/s/ Benjamin Lawlor
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor