UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| In re:   Maine Dentistry Portland LLC | ) ) ) ) ) | Chapter 11 Bk. No. 25-20299 |
|            Debtor |  |  |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Federal Rule of Bankruptcy Procedure 9010 and MLBR 9010-1, the undersigned counsel files this appearance on behalf of Rudolph & Associates, LLC and requests that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon Rudolph & Associates, LLC.  Pursuant to MLBR 9010-1(c), request is also made for service of copies of all pleadings, including but not limited to, motions, orders, notices of hearings or other pleadings relating to issues which may be raised in the above-captioned case.

Dated at Portland, Maine, this 22nd day of December 2025.

*/s/ Bodie B. Colwell*
Bodie B. Colwell, Esq.
Counsel for Creditor
Rudolph & Associates, LLC

Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
*bcolwell@preti.com*

**CERTIFICATE OF SERVICE**

  I, Bodie B. Colwell, hereby certify that I have caused to be served on this day true copies of the above Notice of Appearance on behalf of Rudolph & Associates, LLC and this Certificate of Service upon each of the parties set forth on the Service List below, via First Class U.S. mail, postage fully prepaid, on this date.

  All other parties listed on the Notice of Electronic Filing have been served electronically on this date.

  Dated at Portland, Maine, this 22nd day of December 2025.

            */s/ Bodie B. Colwell*
            Bodie B. Colwell, Esq.
            Counsel for Creditor
            Rudolph & Associates, LLC

Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
*bcolwell@preti.com*

            **Service List**

N/A